**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| LALONNIE C. HURATIAK,<br>Plaintiff,<br><br>v.<br><br>NEWREZ LLC d/b/a SHELLPOINT MORTGAGE SERVICING, *et al*.,<br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Civil No. 5:25-cv-06691-JMG |

**ORDER**

**AND NOW,** this 15th day of September, 2026, upon consideration of Defendants' Motion to Dismiss Plaintiff's Second Amended Class Action Complaint (ECF No. 30), Plaintiff's Opposition to Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint (ECF No. 33), Defendants' Reply in Support of Defendants' Moton to Dismiss Plaintiff's Second Amended Complaint (ECF No. 37), Defendants' Supplemental Authority in further support of their Motion to Dismiss Plaintiff's Second Amended Complaint (ECF No. 43), and for the reasons provided in the accompanying Memorandum Opinion;

**IT IS HEREBY ORDERED** that the Motion (ECF No. 30) **is GRANTED, in part, with prejudice** as to Count II against Defendant Shellpoint (Breach of Contract).

**IT IS FURTHER ORDERED** that the Motion (ECF No. 30) is **DENIED, in part,** as to Count I against Defendant Shellpoint (Violation of FDCPA, 15 U.S.C. §§ 1692e(2)(A), e(5), e(10), e(13) and f(1)), Count III against Defendant Bank of New York Melon (Breach of Contract), and Count IV on behalf of Plaintiff individually against Bank of New York Melon and Shellpoint (Declaratory Judgment Under 28 U.S.C. § 2201).

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge